No. 00–767. IMMIGRATION AND NATURALIZATION SERVICE *v.* ST. CYR. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1107.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 00–1011. CALCANO-MARTINEZ ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 2d Cir. [Certiorari granted, *ante,* p. 1108.] Motion of the Acting Solicitor General to dispense with printing the joint appendix granted.

No. 00–7621. IN RE WORKMAN; and
No. 00–8259. IN RE HORSLEY. Petitions for writs of habeas corpus denied.

No. 00–8212. IN RE BENNETT. Petition for writ of mandamus denied.

No. 00–568. NEW YORK ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 00–809. ENRON POWER MARKETING, INC. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari in No. 00–568 granted limited to Question 1 presented by the petition. Certiorari in No. 00–809 granted. Cases consolidated, and a total of one hour allotted for oral argument. Reported below: 225 F. 3d 667.

No. 00–973. UNITED STATES *v.* VONN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 00–6567. DUSENBERY *v.* UNITED STATES. C. A. 6th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.

No. 00–6933. LEE *v.* KEMNA, SUPERINTENDENT, CROSSROADS CORRECTIONAL CENTER. C. A. 8th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 99–243. ZIMMERMAN *v.* OREGON DEPARTMENT OF JUSTICE. C. A. 9th Cir. Certiorari denied.